UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT SOLANO, | ) | NO. CV 18-9476-GW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| OXNARD POLICE DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 17, 2019.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE